Owen Finnerty, by guardian, etc., Respondent, *v.* James H. Prentice, Appellant.

(Argued September 30, 1878 ; decided January 21, 1879.)

This case is not reported in full for the reason that the opinion for affirmance was not concurred in by a majority of the court.

*W. P. Prentice* for appellant.

*Fred. A. Ward* for respondent.

Andrews, J., reads for affirmance ; Church, Ch. J. and Earl, J., concur ; Miller, J., concurs in result ; Hand J., reads for reversal ; Folger and Rapallo, JJ., concur.
Judgment affirmed.